UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QIAN CHEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF SERVICES FOR THE BLIND,<br><br>　　　　　　Defendant. | CASE NO. C19-1392-RAJ<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST |

The Court, having reviewed plaintiff's applications to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP applications, and Motion Requesting all communication and documents be submitted via the telephone (Dkt. 4) are DENIED, and this case is DISMISSED without prejudice; and;

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED thiS 5th day of November, 2019.

　　　　　　　　　　　　　　　　　　　*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　―――――――――――――
　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　United States District Judge